THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* OLIVER R. ALRIDGE, Appellant.

Argued April 17, 1940; decided May 21, 1940.

*J. M. Seymour* and *Frank L. Bowen* for appellant.

*A. Edward Krieger, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.